```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
                        EL PASO DIVISION

UNITED STATES OF AMERICA,  .  Case No. 3:23-CR-00465-FM-2
                           .
          Plaintiff,       .  El Paso, Texas
                           .
     v.                    .
                           .
JOSEFINA ESCOBAR-LIZALDE,  .
                           .  Wednesday, March 15, 2023
          Defendant.       .  10:38 a.m.
. . . . . . . . . . . . . ..
```

TRANSCRIPT OF DETENTION HEARING
BEFORE THE HONORABLE LEON SCHYDLOWER
UNITED STATES MAGISTRATE COURT JUDGE

APPEARANCES:

For the Government:       United States Attorney's Office
                          BY: JUAN ALBINO, ESQUIRE
                          700 East San Antonio Street
                          Suite 200
                          El Paso, Texas 79901

For the Defendant:        Office of the Federal Public Defender
                          BY: RUSSELL ABOUD, ESQUIRE
                          700 East San Antonio Street
                          Suite D-401
                          El Paso, Texas 79901


Deputy Clerk:             Veronica Medina
                          United States District Court
                          525 Magoffin Avenue, Suite 105
                          El Paso, Texas 79901

Transcription Service:    Liberty Transcripts
                          9107 Topridge Drive
                          Austin, Texas 78750
                          (847) 848-4907
                          www.libertytranscripts.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

I N D E X

|  | Page |
|---|---|
| Case called | 3 |
| Court's Ruling - Motion To Continue Granted | 3 |
| End of Proceedings | 3 |
| Certificate of Transcriber | |

WITNESSES FOR THE GOVERNMENT:

(None)

WITNESSES FOR THE DEFENDANT:

(None)

|  | Marked | Received |
|---|---|---|

EXHIBITS FOR THE GOVERNMENT:

(None)

EXHIBITS FOR THE DEFENDANT:

(None)

**1**       **EL PASO, TEXAS, WEDNESDAY, MARCH 15, 2023, 10:38 A.M.**

**2**             THE COURT:  Thanks.  Be seated.  23-CR-465 Josefina

**3**  Escobar-Lizalde.  Announcements, please.

**4**             MR. ALBINO:  Good morning, Your Honor.

**5**             Juan Albino for the United States.

**6**             THE COURT:  Thanks, Mr. Albino.

**7**             MR. ABOUD:  Good morning, Judge.

**8**             Russell Aboud on behalf of the defendant.

**9**             THE COURT:  Good morning, Mr. Aboud.

**10**            I'm understanding you substituted and you'd like a

**11** continuance to March 20th at 10:30 a.m.  Is that correct?

**12**            MR. ABOUD:  That's correct, Judge.

**13**            THE COURT:  Mr. McDonald, does -- or Mr. Albino,

**14** does that work for you and your agent?

**15**            MR. ALBINO:  It does, Your Honor.  Thank you.

**16**            THE COURT:  Okay.  We'll see everybody then.  We'll

**17** stand in recess.  Have a good rest of the week.

**18**            (Whereupon, at 10:38 a.m., the hearing was adjourned.)

**19**                          * * * * *

**20**

**21**

**22**

**23**

**24**

**25**

**1**          **<u>CERTIFICATION</u>**

**2**     I, DIPTI PATEL, court-approved transcriber, certify that

**3** the foregoing is a correct transcript from the electronic

**4** sound recording of the proceedings in the above-entitled

**5** matter.

**6**

**7**

**8** _____          November 28, 2023

**9** DIPTI PATEL, CET-997

**10** LIBERTY TRANSCRIPTS